UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

5:25-CW-202

_____
David L. Kirby III
                    **Plaintiff(s)**        )        Civil Case No.:
                                            )
        vs.                                 )        CIVIL
State of New York                           )        RIGHTS
City of Syracuse                            )        COMPLAINT
Onondaga County Judge Limpbert              )        PURSUANT TO
                    **Defendant(s)**        )        42 U.S.C. § 1983
_____

Plaintiff(s) demand(s) a trial by: ◯ JURY    ⊗ COURT (Select **only** one).

FILED
FEB 1 2 2025
AT____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2. Plaintiff: David Kirby III

   Address: 555 South State Street

   Syracuse, New York 13202

   Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Judge Limpbert

        Official Position: Judge

        Address: 505 South State Street

        Syracuse, New York 13202

b.   Defendant: N/A

Official Position: N/A

Address: N/A

c.   Defendant: N/A

Official Position: N/A

Address: N/A

Additional Defendants may be added on a separate sheet of paper.

4.                                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I was deprived of my rights I was not present at my Grand Jury and lawyer was not either. Judge Limpert knows this and still have not address the issue. People testify against me and I was not able to confront my hostile witnesses. He is still acting to committ conspiracy against my rights. He forgets what he is doing also or did. He indicted me on falsified evidenence. Denial of Speedy Trial and fair trial.

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Was not able to have assistance of counsel.

### SECOND CAUSE OF ACTION

Was not able to confront hostile witnesses. Denial of fair trial.

### THIRD CAUSE OF ACTION

Conspiracy Against Rights and Falsified evidence. Denial of Speedy Trial.

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I David L. Kirby III request that this court grant me $1,000,000 dollars.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 03/04/2025

*David L. Kirby III*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

David L. Kirby
ONONDAGA COUNTY SHERIFF OFFICE
JUSTICE CENTER INMATE CORRESPONDENCE
SOUTH STATE STREET
SYRACUSE, NY 13202-2104

FIRST-CLASS MAIL
AUTO
U.S. Postage Paid
SYRACUSE NY
PERMIT NO. 1566

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
FEB 1 2 2025
RECEIVED

Clerk, U.S. District Court
P.O. Box 7367
100 South Clinton St.
Syracuse, New York 13261-7367

LEGAL MAIL        ACU-NP1 13261